1  McGREGOR W. SCOTT
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

FILEDLODGED

DEC 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DEC 1 9 2008

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10                          1:08-mc-44 AWI

11  UNITED STATES OF AMERICA,          )
                                       )
12              Plaintiff,             )
                                       )
13      v.                             )   STIPULATION AND ORDER EXTENDING
                                       )   THE UNITED STATES' TIME TO FILE A
                                       )   COMPLAINT FOR FORFEITURE AND/OR
14  APPROXIMATELY $19,500.00 IN U.S.   )   TO OBTAIN AN INDICTMENT ALLEGING
    CURRENCY,                          )   FORFEITURE
15                                     )
                                       )
16              Defendant.             )
    _____)

17          It is hereby stipulated by and between the United States of America and Claimant Jesus

18  Fletes (hereafter "Claimant"), by and through his respective attorney, as follows:

19          1.      On or about September 22, 2008, Claimant filed a claim, in the administrative

20  forfeiture proceeding, with the Drug Enforcement Administration with respect to the approximately

21  $19,500.00 in U.S. Currency (hereafter "currency"), which was seized on or about July 26, 2008.

22          2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any

24  person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than

25  the Claimant has filed a claim to the currency as required by law in the administrative forfeiture

26  proceeding.

27          3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject

1  to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,

2  unless the court extends the deadline for good cause shown or by agreement of the parties.

3      4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

4  February 1, 2009, the time in which the United States is required to file a civil complaint for

5  forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject

6  to forfeiture.

7      5.    Accordingly, the parties agree that the deadline by which the United States shall be

8  required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging

9  that the currency is subject to forfeiture shall be extended to February 1, 2009.

10 Dated: December 18, 2008     McGREGOR W. SCOTT
       United States Attorney

11

12     /s/ Deanna L. Martinez
       DEANNA L. MARTINEZ
13     Assistant United States Attorney

14

15 Dated: December 18, 2008     /s/ Nicholas F. Reyes
       NICHOLAS F. REYES
16     Attorney for Claimant Jesus Fletes
       (Original signature retained by attorney)

17 **IT IS SO ORDERED.**

18 Dated: _/2-22-08_     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28